UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CATANIA-SPAGNA CORP.**

V.                                                    CIVIL ACTION NO. **11-10967-DJC**

**SUPREME OIL COMPANY, INC.**

### Scheduling Order

Casper, J.

      This Scheduling Order is intended primarily to provide a reasonable timetable for discovery and motion practice and to ensure the fair and just resolution of this matter, either by settlement or trial, without undue delay or expense.

      Having conducted a Scheduling Conference between the parties pursuant to Local Rule 16.1(a), it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f) that:

      1. **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by **July 27, 2012** .

      2. **Amendments to Pleadings**. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **November 18, 2011** joinder of the parties due by **August 12, 2011** .

      3. **Fact Discovery**.

           a.    **Final Deadline**. All discovery, other than expert discovery, must be completed by **February 10, 2012** .

      4. **Status Conference**. A status conference will be held on **February 13, 2012** at **2:00PM** in Courtroom 11, 5th Floor.

5. **Expert Discovery**.

   a.   Trial expert disclosures by the party with the burden of proof on an issue as required by Fed. R. Civ. P. 26(a)(2)(B)(iv)-(v) must be disclosed by **February 10, 2012** .

   b.   Trial expert disclosures by the party with the burden of proof must be designated as required by Fed. R. Civ. P. 26(a)(2)(B) must be disclosed by **March 16, 2012** .

   c.   Rebuttal expert reports by **April 20, 2012.**

   d.   All trial experts must be deposed by **May 25, 2012** .

6. **Summary Judgment Motions**.

   a. Motions for summary judgment must be filed by **June 29, 2012** .

   b. Opposition to summary judgment motions must be filed within 21 days after service of the motion pursuant to Local Rule 7.1.

   c. All summary judgment filings shall conform to the requirements of Local Rule 56.1.


Date:  **July 26, 2011**               /s/ Denise J. Casper
                                        U. S. District Judge